**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-00048-CMA-BNB

HAROLD SEERVELD, and
SALLY SEERVELD,

      Plaintiffs,

v.

CHARLES VERMILLION, and
OLD DOMINION FREIGHT LINE, ING., a foreign corporation,

      Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with the Stipulation for Dismissal With Prejudice (Doc. # 21) signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay his, her, or its own costs and attorney fees.

DATED:  December __06__ , 2013

                                                BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Court Judge